UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES R. BYERS, <br><br> Defendant. | CAUSE NO. 1:18-CR-100 DRL-SLC |

## ORDER

On January 2, 2020, Defendant Charles R. Byers pleaded guilty before Magistrate Judge Paul Cherry to counts 2 and 3 of the three-count indictment. ECF 45. Count 2 charged Mr. Byers with possession with the intent to distribute a controlled substance (methamphetamine) in violation of 21 U.S.C. § 841(a)(1), and count 3 charged him with possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c). ECF 1. The Magistrate Judge recommended that the court accept Mr. Byers' guilty plea. ECF 45. Neither party objected to the Magistrate Judge's recommendation within the applicable 14-day period. *See* 28 U.S.C. § 636(b)(1)(B).

Federal Rule of Criminal Procedure 11 governs the requirements of a valid guilty plea. *United States v. Dyer*, 892 F.3d 910, 914 (7th Cir. 2018). The rule requires that a defendant both give the plea voluntarily, and understand the nature of the charges against him. *Id.* Because the court finds that Mr. Byers voluntarily made the plea and understood the nature of the charges against him, the court ADOPTS the recommendation of the Magistrate Judge, ACCEPTS Mr. Byers' guilty plea, and FINDS Mr. Byers guilty of one count of possession with intent to distribute a controlled substance (methamphetamine) in violation of 21 U.S.C. § 841(a)(1), and one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c).

Sentencing is scheduled for **April 3, 2020 at 1:15 p.m. in Fort Wayne**. Sentencing memoranda must be filed by **March 24, 2020**.

SO ORDERED.

January 17, 2020                          *s/ Damon R. Leichty*
                                                     Judge, United States District Court